# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

140955

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

REGINA OSBORNE
      Plaintiff-Appellee,

v

CITY OF PONTIAC,
      Defendant-Appellant.

SC: 140955
COA: 289313
Oakland CC: 2007-086702-NO

_____/

On order of the Court, the application for leave to appeal the March 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

h0620